```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 23346
    MARIUSZ ZAJAC
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7433


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/03/08 .

    2.  The case was dismissed without confirmation, 11/21/2008.

    3.  The Debtor paid a total of $    520.00 .

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
-----------------------------------------------------------------------------
BANK OF AMERICA NA          CURRENT MORTG          .00              .00             .00
COUNTRYWIDE FINANCIAL       CURRENT MORTG          .00              .00             .00
COUNTRYWIDE FINANCIAL       MORTGAGE ARRE    NOT FILED              .00             .00
OLD WILLOW FALLS CONDO A    SECURED          NOT FILED              .00             .00
GMAC PAYMENT CENTER         SECURED VEHIC          .00              .00             .00
AMERICAN GENERAL FINANCE    UNSECURED        NOT FILED              .00             .00
AMERICAN GENERAL FINANCE    UNSECURED        NOT FILED              .00             .00
ASSOCIATED CREDIT SERVIC    UNSECURED        NOT FILED              .00             .00
BUREAU OF COLLECTION REC    UNSECURED        NOT FILED              .00             .00
COMED                       UNSECURED        NOT FILED              .00             .00
GEMB                        UNSECURED        NOT FILED              .00             .00
ILLINOIS AMERICAN WATER     UNSECURED        NOT FILED              .00             .00
JC PENNEY CO                UNSECURED        NOT FILED              .00             .00
STOGER HOSPITAL             UNSECURED        NOT FILED              .00             .00
LEADING EDGE RECOVERY SO    UNSECURED        NOT FILED              .00             .00
NICOR GAS                   UNSECURED        NOT FILED              .00             .00
ILLINOIS SECRETARY OF ST    UNSECURED        NOT FILED              .00             .00
TEK COLLECT CORP            UNSECURED        NOT FILED              .00             .00
UNITED CONSUMER FINANCIA    UNSECURED        NOT FILED              .00             .00
VW CREDIT                   UNSECURED        NOT FILED              .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL CARD S    UNSECURED        NOT FILED              .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00           .00         .00            .00
PRINCIPAL PAID         .00           .00           .00         .00            .00
INTEREST PAID          .00           .00           .00         .00            .00
TOTAL PAID             .00           .00           .00         .00            .00
```

The Debtor's attorney, BURNS & WINCEK LTD          , was allowed $   3500.00 and was paid $    600.00  direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $    520.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE










                                PAGE   2
         CASE NO. 08 B 23346 MARIUSZ ZAJAC